DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORRIS CLEMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0230

[March 28, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 12-000042CF10A.

Norris Clemons, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***